Decided June 2, 1999

STATE OF CONNECTICUT *v.* MICHAEL WALSH

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 708 (AC 16578), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, assistant public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided June 9, 1999